**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

HAKAN DURANTAS, on behalf of himself and
all others similarly situated,

Docket No: 1:24-cv-419

                          Plaintiffs,

**NOTICE OF SETTLEMENT**

-against-

JENNIFER FISHER, LLC.

                          Defendant.

Now comes the Plaintiff HAKAN DURANTAS, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Plaintiff requests 60 days for the Agreement to be finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:     Hicksville, New York
           February 23, 2024

                                                  Respectfully submitted,

                                                  /s/ *Mars Khaimov*

                                                  Mars Khaimov, Esq.
                                                  Mars Khaimov Law, PLLC
                                                  100 Duffy Avenue, Suite 510
                                                  Hicksville, New York 11801

mars@khaimovlaw.com